JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE GILLUM, <br><br>          Plaintiff, <br><br>     v. <br><br> ANDREW SAUL, <br>Commissioner of Social Security, <br><br>       Defendant. | Case No. 8:18-cv-2278-SK <br><br> **JUDGMENT** |

    **IT IS ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

Date: May 5, 2020

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE